82,978-01

23 February 2015

Jose J. Reyes
TDC No. 821821
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol St.
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 26 2015

Abel Acosta, Clerk

Re: Cause No. 752079-A(Count 2)
    ExParte Reyes
    Deay Writ etter

Dear Mr. Acosta, Appeal Clerk:

On January 5, 2015, the State's Proposed Findings of fact, conclusions of law and order was filed with the court. In that same Motion, the State claimed the motion was sent to the Court of Criminal Appeal.

Here it is February 23, 2015, and I haven't received a "White Card" from the Court of Criminal Appeal informing me that the writ was now pending in that court.

I understand to gain some time the court entered order extending the statutory time limits a practice condemned in McCree v. Hampton, 824 S.W. 2d. 578 (Tex. Cr. App. 1992). However, that case set out a method whereby the trial court can either on motion of the State or its own initiative, gain more time to investigate the allegations raised within a writ application.

If the trial court selects this option but fails to notify the Court of Criminal Appeals and enquiry is made to the Court without mention of the previously entered order designating issue a "delayed writ letter" may well be sent to the trial court with copies to the District clerk and district attorney enquiring into the alleged delay.

I hereby request that you conduct a investigation into these matters and order the files to those findings and transmit them along with the writ transcript to the Clerk of the Court of Criminal Appeals as required by law.

-1-

Sincerely,

JOSE J REYES
TDC No. 821821
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102


files

cc.: Mr. Chris Daniel
     District Clerk
     Harris County District Clerk
     1201 Franklin
P. O. Box 4651
     Houston, Texas 77210-4651